Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STANLEY E. BARNETT, JR.<br><br>    Plaintiff,<br><br>    v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS a/k/a MERS; BANK OF AMERICA HOME LOANS SERVICING, LP a/k/a B of A; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS SERVICING, LP; RIVERHAWK PROPERTY MANAGEMENT, LLC; RECONTRUST COMPANY; FEDERAL NATIONAL MORTGAGE; and DOES 1 - 20, inclusive<br>    Defendants. | Case No. 2:11-cv-09477-DMG-AGR<br><br>**JUDGMENT [15]** |

SM01DOCS\878605.1

[PROPOSED] JUDGMENT

1    WHEREAS, on December 28, 2011, the Court entered an Order GRANTING the
2 unopposed motions by Defendants Mortgage Electronic Registration Systems, Inc. (erroneously
3 sued as Mortgage Electronic Registration Systems a/k/a MERS); Bank of America, N.A.,
4 successor by merger to Bank of America Home Loans Servicing, LP f/k/a Countrywide Home
5 Loans, Inc. d/b/a America's Wholesale Lender; ReconTrust Company, N.A. (erroneously sued as
6 ReconTrust Company); and Federal National Mortgage Association (collectively, "Defendants")
7 to dismiss the Complaint of Plaintiff Stanley E. Barnett, Jr. ("Plaintiff"), pursuant to Federal Rule
8 of Civil Procedure 12(b)(6) [Docket No. 14];

9    WHEREAS, the Court's Order required that any amended complaint be filed no later than
10 January 12, 2012 [Docket No. 14 at 2]; and

11    WHEREAS, as of January 24, 2012, Plaintiff has not filed any amended pleading;

12    IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED that:

13    The above-captioned action and all purported claims for relief asserted therein against
14 Defendants are hereby DISMISSED WITHOUT PREJUDICE, and judgment is hereby entered in
15 favor of Defendants and against Plaintiff.

16    SUCH JUDGMENT SHALL BE ENTERED FORTHWITH.

18 Dated:  January 24, 2012

_____
DOLLY M. GEE
United States District Judge